```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                      MIAMI DIVISION
               CASE NO. 09-20473-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JESUS ALVAREZ-BUILLA,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres, on July 29, 2009. A Report and Recommendation filed on August 3, 2009 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Six of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of October, 2009.

                                                      _____
                                                      DONALD L. GRAHAM
                                                      UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Torres
        Shari Lynn White, Esq.
        Sean McLaughlin, AUSA
```